

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00142-CR

WILLIE FELDER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 185th District Court of Harris County.  (Tr. Ct. No. 1172613).

The Court today considered a motion to dismiss the appeal filed by the appellant, WILLIE FELDER.  No decision has yet been handed down in the case.  The Court **grants** the motion.  Accordingly the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 3, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.